IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00343-WJM-MJW

NOUHA GAZA,

Plaintiff,

v.

ELIAS BENSALEM,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion to Amend the Pleadings Caption and Reissue the Summons (Docket No. 4) is GRANTED.  The clerk is directed to correct defendant's full name to "Elias Bensalem" and to issue a new summons reflecting the correction.

Date: February 14, 2013