**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0343-WJM-MJW

NOUHA GAZA,

    Plaintiff,

v.

ELIAS BENSALAM,

    Defendant.

---

**ORDER ADOPTING STIPULATED AGREEMENT AS AN ORDER OF THE COURT**

---

This matter comes before the Court on the Plaintiff's Motion to Adopt Stipulated Agreement as an Order of the Court, filed June 18, 2013 (ECF No. 24). The Court having reviewed the Parties' Stipulated Agreement (ECF No. 24-1) and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion to Adopt Stipulated Agreement as an Order is GRANTED. The Parties' Stipulated Agreement (ECF No. 24-1) shall be DEEMED an ORDER of this Court dated June 20, 2013.

IT IS FURTHER ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE, each party shall pay his or her attorney's fees and costs. Plaintiff shall retain her statutory right to file another Complaint for support pursuant to the Immigration and Nationality Act ("the Act"), 8 U.S.C. §§ 1182(a)(4) and 1183a, if Plaintiff finds herself in need of support and Defendant refuses to support her in the calendar year 2014 and thereafter pursuant to the guidelines of the Act.

Dated this 20th day of June, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge